FILED
CLERK, U.S. DISTRICT COURT

OCT - 4 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS JAMES BOWEN, <br><br> Defendant. | Case No. 8:19-CR-00101-JAK <br><br> ORDER OF DETENTION AFTER HEARING <br><br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in the District of South Carolina pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on the following: the Defendant's failure to report, allegations of repeated drug use and recent arrest on other charges, all of which reflect unwillingness to comply with the terms of his supervised release.

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: 10/4/23

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge